1 Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
2 21550 Oxnard St. Suite 780,
3 Woodland Hills, CA 91367
Phone: 877-206-4741
4 Fax: 866-633-0228
5 tfriedman@toddflaw.com
*Attorney for Plaintiff*
6

7 **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
8

| | |
|---|---|
| 9  STEVE GALLION, individually and on behalf of all others similarly situated,<br>10  Plaintiff,<br>11<br>12  vs.<br>13  MY1HR, INC. d/b/a HEALTH OPTIONS USA; MY1HR d/b/a HEALTH OPTIONS USA; KLONOWSKI AGENCY, INC.; INSXCLOUD; SCOTT KLONOWSKI; PAUL ILIE; and DOES 1 through 10, inclusive, and each of them,<br>18  Defendant. | Case No.<br><br>5:19-cv-00099<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE.** |

20 **NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of
21 Civil Procedure 41(a)(1), hereby voluntarily dismisses this action without
22 prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a
23 motion for summary judgment. Accordingly, this matter may be dismissed
24 without prejudice and without an Order of the Court.

25
26 Respectfully submitted this 19th Day of February, 2019.

27                                     By: s/Todd M. Friedman Esq.
                                            Todd M. Friedman
28                                          Attorney For Plaintiff

Notice of Dismissal - 1

## CERTIFICATE OF SERVICE

Filed electronically on February 19, 2019 with:

United States District Court CM/ECF system

Notification sent electronically on February 19, 2019, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman
  Todd M. Friedman